UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN

In Re:

ELBERT AND LENA RHODES           Case No. 08-68782-SWR
                                               Chapter 13
                     Debtor(s)                 Hon. RHODES
_____/

## OBJECTIONS TO CONFIRMATION

Creditor, COMMUNITY ALLIANCE CREDIT UNION, by and through its attorneys, BUTLER, BUTLER & ROWSE-OBERLE, P.L.L.C., objects to the confirmation of the Debtors' proposed Chapter 13 Plan as follows:

1. Debtors' proposed Plan does not represent their best effort to insure that all projected disposable income will be applied to make payments under the Plan as required pursuant to 11 U.S.C. §1325(b).

2. Creditor specifically objects to the Debtors' budget items, to wit:

    A. Personal Care - $100.00 monthly.

    B. Life and Disability Insurance - $341.79 monthly.

    C. Medical and Dental - $250.00 monthly.

3. Debtors are proposing to repay their 401(K) loan.

4. Debtors must increase payments to Trustee when the 401-(K) plan loan and three cars are repaid.

WHEREFORE, Creditor prays that this Honorable Court will:

A. Order the Debtors to increase payments to the Chapter 13 Trustee by a portion of the funds proposed for the aforesaid budget items, and

B. Award other such relief as this Court may deem reasonable under the circumstances.

BUTLER, BUTLER & ROWSE-OBERLE, P.L.L.C.

/S/ KAREN L. ROWSE-OBERLE (P41893)
Attorney for Creditor
24525 Harper Avenue, Suite Two
St. Clair Shores, MI 48080
(586) 777-0770
krowse-oberle@butler-butler.com

Dated: January 28, 2009

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN

In Re:
ELBERT AND LENA RHODES

Debtor(s)

Case No. 08-68782-SWR
Chapter 13
Hon. RHODES

_____/

STATE OF MICHIGAN )
)ss
COUNTY OF MACOMB )

### CERTIFICATE OF SERVICE

I hereby certify that on January 28, 2009, I electronically filed the Objection to Confirmation of Plan with Clerk of the court using the ECF system which will send notification of such filing to the following:

**-Gregory T. Osment, Attorney for Debtors, 13 Washington St., Monroe, MI 48161**
**-Krispen Carroll, Chapter 13 Trustee, 535 Griswold St.e 1230 Detroit, MI 48226**
and I hereby certify that I have mailed by United States Postal Service the Paper(s) to the Non-ECF Participants:

BUTLER, BUTLER & ROWSE-OBERLE, PLLC

/S/ Penny F. Combs
Legal Assistant
Butler, Butler & Rowse-Oberle, P.L.L.C.
24525 Harper Avenue, Suite Two
St. Clair Shores, MI 48080
(586) 777-0770
Info@butler-butler.com