B6 Summary (Official Form 6 - Summary) (12/07)

# United States Bankruptcy Court
## Eastern District of Michigan

In re   **Elbert Rhodes, Jr.,**
        **Lena M. Rhodes**
        Debtors

Case No. **08-68782**

Chapter **13**

## SUMMARY OF SCHEDULES - AMENDED

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 236,800.00 | | |
| B - Personal Property | Yes | 4 | 74,138.57 | | |
| C - Property Claimed as Exempt | Yes | 3 | | | |
| D - Creditors Holding Secured Claims | Yes | 2 | | 301,443.68 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 1 | | 0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 3 | | 65,273.17 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | Yes | 2 | | | 5,484.92 |
| J - Current Expenditures of Individual Debtor(s) | Yes | 2 | | | 4,877.37 |
| Total Number of Sheets of ALL Schedules | | 20 | | | |
| | | Total Assets | 310,938.57 | | |
| | | | Total Liabilities | 366,716.85 | |

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com   Best Case Bankruptcy

# United States Bankruptcy Court
### Eastern District of Michigan

In re    **Elbert Rhodes, Jr.,**
           **Lena M. Rhodes**
                                      Debtors

Case No. **08-68782**

Chapter **13**

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.§ 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---:|
| Domestic Support Obligations (from Schedule E) | 0.00 |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | 0.00 |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | 0.00 |
| Student Loan Obligations (from Schedule F) | 0.00 |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | 0.00 |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | 0.00 |
| TOTAL | 0.00 |

**State the following:**

| | |
|---|---:|
| Average Income (from Schedule I, Line 16) | 5,484.92 |
| Average Expenses (from Schedule J, Line 18) | 4,877.37 |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20 ) | 7,847.91 |

**State the following:**

| | | |
|---|---:|---:|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | 36,938.71 |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | 0.00 | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | 0.00 |
| 4. Total from Schedule F | | 65,273.17 |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | 102,211.88 |

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com        Best Case Bankruptcy

B6I (Official Form 6I) (12/07)

In re **Elbert Rhodes, Jr.**  
**Lena M. Rhodes**  
Debtor(s)

Case No. **08-68782**

# SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S) - AMENDED

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by every married debtor, whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. Do not state the name of any minor child. The average monthly income calculated on this form may differ from the current monthly income calculated on Form 22A, 22B, or 22C.

| Debtor's Marital Status: | DEPENDENTS OF DEBTOR AND SPOUSE | |
|---|---|---|
| **Married** | RELATIONSHIP(S):<br>**Daughter**<br>**Son** | AGE(S):<br>**11 yrs.**<br>**14 yrs.** |

| Employment: | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | **Supervisor** | **Loan Officer** |
| Name of Employer | **AAA** | **First Catholic Federal Credit Union** |
| How long employed | **9 yrs.** | **1 week** |
| Address of Employer | **1 Auto Club Dr.**<br>**Dearborn, MI 48126** | **P.O. Box 9300 Cooper**<br>**Taylor, MI 48180** |

| INCOME: (Estimate of average or projected monthly income at time case filed) | DEBTOR | SPOUSE |
|---|---|---|
| 1. Monthly gross wages, salary, and commissions (Prorate if not paid monthly) | $ **4,377.53** | $ **3,458.89** |
| 2. Estimate monthly overtime | $ **0.00** | $ **0.00** |
| 3. SUBTOTAL | $ **4,377.53** | $ **3,458.89** |
| 4. LESS PAYROLL DEDUCTIONS | | |
|    a. Payroll taxes and social security | $ **673.12** | $ **564.96** |
|    b. Insurance | $ **442.52** | $ **0.00** |
|    c. Union dues | $ **0.00** | $ **0.00** |
|    d. Other (Specify) **See Detailed Income Attachment** | $ **534.64** | $ **136.26** |
| 5. SUBTOTAL OF PAYROLL DEDUCTIONS | $ **1,650.28** | $ **701.22** |
| 6. TOTAL NET MONTHLY TAKE HOME PAY | $ **2,727.25** | $ **2,757.67** |
| 7. Regular income from operation of business or profession or farm (Attach detailed statement) | $ **0.00** | $ **0.00** |
| 8. Income from real property | $ **0.00** | $ **0.00** |
| 9. Interest and dividends | $ **0.00** | $ **0.00** |
| 10. Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above | $ **0.00** | $ **0.00** |
| 11. Social security or government assistance<br>(Specify): | $ **0.00**<br>$ **0.00** | $ **0.00**<br>$ **0.00** |
| 12. Pension or retirement income | $ **0.00** | $ **0.00** |
| 13. Other monthly income<br>(Specify): | $ **0.00**<br>$ **0.00** | $ **0.00**<br>$ **0.00** |
| 14. SUBTOTAL OF LINES 7 THROUGH 13 | $ **0.00** | $ **0.00** |
| 15. AVERAGE MONTHLY INCOME (Add amounts shown on lines 6 and 14) | $ **2,727.25** | $ **2,757.67** |
| 16. COMBINED AVERAGE MONTHLY INCOME: (Combine column totals from line 15) | $ **5,484.92** | |

(Report also on Summary of Schedules and, if applicable, on Statistical Summary of Certain Liabilities and Related Data)

17. Describe any increase or decrease in income reasonably anticipated to occur within the year following the filing of this document:

In re **Elbert Rhodes, Jr.**
**Lena M. Rhodes**
Debtor(s)

Case No. **08-68782**

# SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S) - AMENDED
## Detailed Income Attachment

**Other Payroll Deductions:**

| | | |
|---|---:|---:|
| **Dental Insurance** | $ **62.25** | $ **0.00** |
| **Total Disability Insurance** | $ **14.95** | $ **0.00** |
| **Long Term Disability** | $ **61.43** | $ **0.00** |
| **Vision Insurance** | $ **20.67** | $ **0.00** |
| **Perscription Coverage** | $ **41.17** | $ **0.00** |
| **FSA-Medical Flex Acct.** | $ **0.00** | $ **32.50** |
| **Supplemental Term Life Insurance** | $ **38.72** | $ **0.00** |
| **401 K Loan Payment** | $ **151.58** | $ **0.00** |
| **401 K Contribution** | $ **131.32** | $ **103.76** |
| **United Way** | $ **8.67** | $ **0.00** |
| **Dependent Life Insurance** | $ **3.88** | $ **0.00** |
| **Total Other Payroll Deductions** | $ **534.64** | $ **136.26** |

**B6J (Official Form 6J) (12/07)**

In re **Elbert Rhodes, Jr.**
**Lena M. Rhodes**
_____
Debtor(s)

Case No. **08-68782**

# SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S) - AMENDED

Complete this schedule by estimating the average or projected monthly expenses of the debtor and the debtor's family at time case filed. Prorate any payments made bi-weekly, quarterly, semi-annually, or annually to show monthly rate. The average monthly expenses calculated on this form may differ from the deductions from income allowed on Form 22A or 22C.

☐ Check this box if a joint petition is filed and debtor's spouse maintains a separate household. Complete a separate schedule of expenditures labeled "Spouse."

| | | |
|---|---|---:|
| 1. Rent or home mortgage payment (include lot rented for mobile home) | | $ 1,150.00 |
| a. Are real estate taxes included? Yes ___ No **X** | | |
| b. Is property insurance included? Yes ___ No **X** | | |
| 2. Utilities: a. Electricity and heating fuel | | $ 400.00 |
| b. Water and sewer | | $ 75.00 |
| c. Telephone | | $ 0.00 |
| d. Other **See Detailed Expense Attachment** | | $ 318.31 |
| 3. Home maintenance (repairs and upkeep) | | $ 20.00 |
| 4. Food | | $ 750.00 |
| 5. Clothing | | $ 86.00 |
| 6. Laundry and dry cleaning | | $ 50.00 |
| 7. Medical and dental expenses | | $ 250.00 |
| 8. Transportation (not including car payments) | | $ 400.00 |
| 9. Recreation, clubs and entertainment, newspapers, magazines, etc. | | $ 100.00 |
| 10. Charitable contributions | | $ 0.00 |
| 11. Insurance (not deducted from wages or included in home mortgage payments) | | |
| a. Homeowner's or renter's | | $ 50.91 |
| b. Life | | $ 0.00 |
| c. Health | | $ 0.00 |
| d. Auto | | $ 288.92 |
| e. Other **See Detailed Expense Attachment** | | $ 212.05 |
| 12. Taxes (not deducted from wages or included in home mortgage payments) | | |
| (Specify) _____ | | $ 0.00 |
| 13. Installment payments: (In chapter 11, 12, and 13 cases, do not list payments to be included in the plan) | | |
| a. Auto | | $ 0.00 |
| b. Other **2007 Ford Expedition payment to Huntington Bk** | | $ 382.91 |
| c. Other **2001 Ford Taurus payment to FCFCU** | | $ 162.97 |
| 14. Alimony, maintenance, and support paid to others | | $ 0.00 |
| 15. Payments for support of additional dependents not living at your home | | $ 0.00 |
| 16. Regular expenses from operation of business, profession, or farm (attach detailed statement) | | $ 0.00 |
| 17. Other **See Detailed Expense Attachment** | | $ 180.30 |
| 18. AVERAGE MONTHLY EXPENSES (Total lines 1-17. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) | | $ 4,877.37 |

19. Describe any increase or decrease in expenditures reasonably anticipated to occur within the year following the filing of this document:
_____

20. STATEMENT OF MONTHLY NET INCOME
| | | |
|---|---|---:|
| a. Average monthly income from Line 15 of Schedule I | | $ 5,484.92 |
| b. Average monthly expenses from Line 18 above | | $ 4,877.37 |
| c. Monthly net income (a. minus b.) | | $ 607.55 |

**B6J (Official Form 6J) (12/07)**

In re  **Elbert Rhodes, Jr.**
    **Lena M. Rhodes**                                    Case No. **08-68782**
Debtor(s)

## SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S) - AMENDED
### Detailed Expense Attachment

**Other Utility Expenditures:**

| | |
|---|---:|
| Cellular Telephone | $ 120.00 |
| Cablevision | $ 100.45 |
| Internet & Telephone | $ 97.86 |
| **Total Other Utility Expenditures** | **$ 318.31** |

**Other Insurance Expenditures:**

| | |
|---|---:|
| Husband's AAA term life ins. policy #9572 | $ 20.53 |
| Wife's AAA term life ins. policy #9556 | $ 9.92 |
| Husband's Old Republic term policy #7190 | $ 14.71 |
| Wife's Old Republic term policy #7191 | $ 11.38 |
| Husband's AAA Whole/Universal policy #8581 | $ 72.92 |
| Husband's AAA Whole/Universal policy #9710 | $ 82.59 |
| **Total Other Insurance Expenditures** | **$ 212.05** |

**Other Expenditures:**

| | |
|---|---:|
| Personal Care | $ 100.00 |
| Vehicle License Fees | $ 21.50 |
| School Lunches | $ 50.00 |
| Postage | $ 8.80 |
| **Total Other Expenditures** | **$ 180.30** |

**UNITED STATES BANKRUPTCY COURT**
**Eastern District of Michigan**

**COVER SHEET FOR AMENDMENTS**

**CASE NAME:** Elbert Rhodes, Jr.
Lena M. Rhodes

**CASE NUMBER:** 08-68782

The enclosed documents amend the petition, schedule, statement of financial affairs, statement of income and expenses, matrix or summary of assets and liabilities.

**The purpose of this amendment is to:**

☐ Add creditors to schedule(s) _____. How many?___
(Use second page of this form to list creditors added).

☐ **$26.00 Amendment Fee.** This fee is required whenever you add creditors to a case, delete creditors, change the amount of a debt or change the classification of a debt. The fee is not required when correcting addresses of previously listed creditors. It is not required when new schedules are filed in a converted case.

☐ Correct the addresses of creditors already listed on the schedules and matrix previously filed. (Use second page of this form).

☒ Other: (Provide detail of Amendment) **To amend Schedule "I" to reflect the Debtors' present average monthly income and to amend Schedule "J" to reflect changes to the Debtors' average monthly living expenses; to amend the Summary of Schedules to reflect the changes in the aforestated Schedules.**

☐ **Amend Schedules and list of creditors.** Schedules must be verified by the debtor(s).

☐ **Amend Matrix.** Please do not send a matrix adding creditors to a case unless you also send the amended schedules. Do not send a new matrix to correct an address. Use the second page of this form. Pursuant to L.B.R. 1007-2 & 1009-1 an amendment to a matrix filed by a debtor without an attorney must have a complete paper copy attached to this form. Electronic filers must upload creditors to the ECF system.

**NOTE:** LBR 1009-1(b) requires the debtor to serve a copy of the amendment and the cover sheet for amendments on the trustee and all other entities affected by the amendment.

## CORRECTIONS AND ADDITIONS TO MAILING MATRIX

Use this section of the form to make corrections to the names and address of any creditors or parties in interest who are listed on the current matrix of the case.

**NAME OF CREDITOR** (As it now appears):

(Please print)

Previous address: Please change to:

**NAME OF CREDITOR** (As it now appears):

(Please print)

Previous address: Please change to:

**NAME OF CREDITOR** (As it now appears):

(Please print)

Previous address: Please change to:

Use this section of the form to **IDENTIFY** creditors added to the schedules and matrix.

**NAME OF CREDITOR** (As it now appears):

(Please print)

Address

**NAME OF CREDITOR** (As it now appears):

(Please print)

Address

**FOR ADDITIONAL CHANGES COPY THIS SHEET AND CONTINUE**

Signature: **/s/ Gregory T. Osment**
**Gregory T. Osment P41385**
Name of Attorney
**13 Washington Street, Suite 1**
**Monroe, MI 48161**
**(734) 242-4441**
**gtoesq@sbcglobal.net**

I/We do hereby affirm under penalty of perjury that I/we have read the foregoing form, *Cover Sheet for Amendments*, and all pleadings and attachments thereto, and do hereby affirm that the information contained herein is true and accurate to the best of my knowledge, information and belief.

Signature: **/s/ Elbert Rhodes, Jr.**
**Elbert Rhodes, Jr.**
Name of Debtor

Signature: **/s/ Lena M. Rhodes**
**Lena M. Rhodes**
Name of Joint Debtor, if applicable