## UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION - DETROIT

| | |
|---|---|
| IN RE: Elbert Rhodes Jr., and<br>    Lena M. Rhodes, Debtor(s)<br>_____/ | CASE NO. 08-68782 swr<br>CHAPTER 13<br>JUDGE: Rhodes |

### NOTICE OF PROPOSED PLAN MODIFICATION

    Gregory T. Osment, Attorney for Debtors, pursuant to LBR 3015-2(b), 3015-1(b), and 11 USC 1329  has filed papers with the court in this bankruptcy case making the following change(s):

    1) Since the date of confirmation of the Chapter 13 Plan on February 21, 2009, Debtors have experienced a change in circumstances justifying a modification of their Plan due to Debtor-husband's employer imposed reduction in his wage pay. Debtor-wife's employer has also imposed a reduction in the availability of overtime hours. Debtors have filed amended Schedules "I" and "J" ecf doc. #42.  Debtors hereby propose to reduce the Plan payment from $415.38/bi-weekly to $280.41/bi-weekly.   Said proposed reduction in Plan payments will not cause a reduction in the dividend to general unsecured creditors, the dividend to unsecured creditors will continue to exceed the Plan minimum of 46%.   The Debtors hereby propose that increased Plan payment effective November 30, 2011 be reduced to $350.37/bi-weekly upon completion of direct payments by the Debtor-husband on his 401K loan.   That in all other respects the Chapter 13 Plan and Order Confirming Plan shall remain in full force and affect..

The proposed Plan modification will impact each class of creditors as follows.  Class One, no impact anticipated.  Class Two, no impact anticipated . Class Three, no impact anticipated.  Class Four, no impact anticipated.  Class Five,  no impact anticipated.  Class Six, no impact anticipated.  Class Seven, no impact anticipated. Class Eight, no impact anticipated.

    A Liquidation Analysis is attached as Exhibit "A".  A Worksheet is attached as Exhibit "B".

    <u>Your rights may be affected.</u> You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case.  (If you do not have an attorney, you may wish to consult one.)

    If you do not want the court to allow these modifications, or if you want the court to consider your views on the motion, **within 21 days,** you or your attorney must:
    1. File with the court a written response or an answer, explaining your position at:
        United States Bankruptcy Court
        211 W. Fort Street, Suite 2100
        Detroit, Michigan 48226
    Your response or answer must comply with F.R.Civ.P.8(b), ( c) and (e).
    If you mail your response to the court for filing, you must mail it early enough so the **Court will receive it** on or before the date stated above.
    You must also mail a copy to :
        **GREGORY T. OSMENT,** Attorney at Law, 13 Washington Street, Ste.#1, Monroe, MI. 48161.
        **KRISPIN S. CARROLL,** Chapter 13 Trustee, 719 Griswold St., 1100 Dime Building, Detroit, MI  48226.
    2. If a served response or answer is timely filed and served, the clerk will schedule a
       hearing on the motion and you will be served with a notice of the date, time and

If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the motion or objections and may enter an order granting that relief.

Dated: July 30, 2010                                    /s/ Gregory T. Oment
                                                        GREGORY T. OSMENT (P41385)
                                                        Attorney for Debtor(s)
                                                        13 Washington Street
                                                        Monroe, MI. 48161
                                                        (734) 242-4441
                                                        gtoesq@sbcglobal.net

**N. LIQUIDATION ANALYSIS AND STATEMENT OF VALUE OF ENCUMBERED PROPERTY [LBR 3015-1(b)(1)]:**

| TYPE OF PROPERTY | FAIR MARKET VALUE | LIENS | DEBTOR'S SHARE OF EQUITY | EXEMPT AMOUNT | NON-EXEMPT AMOUNT |
|---|---|---|---|---|---|
| PERSONAL RESIDENCE | 236,800.00 | 267,423.63 | 0.00 | 0.00 | 0.00 |
| VEHICLES | 23,225.00 | 29,540.08 | 0.00 | 0.00 | 0.00 |
| HHG/PERSONAL EFFECTS | 4,550.00 | 0.00 | 4,550.00 | 4,550.00 | 0.00 |
| JEWELRY | 500.00 | 0.00 | 500.00 | 500.00 | 0.00 |
| CASH/BANK ACCOUNTS | 800.00 | 0.00 | 800.00 | 800.00 | 0.00 |
| OTHER | 45,063.57 | 4,479.97 | 40,583.60 | 40,583.60 | 0.00 |

Amount available upon liquidation $ 0.00

Less administrative expenses and costs $ 0.00

Less priority claims $ 0.00

Amount Available in Chapter 7 $ 0.00

/s/ Gregory T. Osment
Gregory T. Osment P41385
Attorney for Debtor
Gregory T. Osment & Assoc. PLLC
13 Washington Street, Suite 1
Monroe, MI 48161

gtoesq@sbcglobal.net
(734) 242-4441 Fax:(734) 242-2855
Phone Number

/s/ Elbert Rhodes, Jr.
Elbert Rhodes, Jr.
Debtor

/s/ Lena M. Rhodes
Lena M. Rhodes
Joint Debtor

January 28, 2009
Date

## WORKSHEET

1. Length of Plan is _____ weeks; __60__ months; _____ years.

   Debtor #1:

2. $ __415.38__ per pay period x __32.5__ (Bi-weekly) pay periods per Plan = $ __13,499.85__ total per Plan

   $ __280.41__ per pay period x __32.5__ pay periods per Plan = $ __9,113.33__ total per proposed Modified Plan

3. $ __350.37__ per pay period x __56__ pay periods per Plan = __19,620.72__ total per proposed Modified Plan

4. Lump Sums: __0.00__

5. Equals total to be paid into the Plan __42,233.90__

6. Estimated trustee's fees __2,956.37__

7. Esitmated attorney fees and costs __5,000.00__

8. Total priority claims __0.00__

9. Total installment mortgage or other long-term debt payments __0.00__

10. Total of arrearage including interest __0.00__

11. Total secured claims, including interest __0.00__

    Total of items 6 through 11 $ __7,956.37__

12. Funds available for unsecured creditors (item 5 minus item 11) $ __34,277.53__

13. Total unsecured claims $ __65,273.17__

14. Estimated percentage to unsecured creditors under Plan (item 12 divided by item 13) __52 %__

15. Estimated dividend to general unsecured creditors if Chapter 7, (see liquidation analysis attached) $ __0.00__

COMMENTS:

**IN THE BANKRUPTCY COURT OF THE UNITED STATES
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION-DETROIT**

**In re:**
**ELBERT RHODES Jr., and**            Case No. 08-68782 swr
**LENA M. RHODES,**            Chapter 13
_____Debtors.            HON. STEVEN RHODES
_____/

**CERTIFICATE OF SERVICE**

I hereby certify that on July 30, 2010, I served the following paper: **NOTICE OF PROPOSED PLAN MODIFICATION, EXHIBITS "A", and "B" and CERTIFICATE OF SERVICE** on the following parties at these addresses:

* All Non-ECF Participants listed on Attachment "A".

By the following means:

U.S. Postal Service.

Dated: July 30, 2010            /s/Gregory T. Osment_____
           Gregory T. Osment P41385
           Gregory T. Osment & Assoc. PLLC
           13 Washington Street
           Monroe, MI 48161
           (734) 242-4441
           gtoesq@sbcglobal.net

```
Label Matrix for local noticing          AAA                                      COMMUNITY ALLIANCE CREDIT UNION
0645-2                                    1 Auto Club Dr.                                  c/o Butler, Butler & Rowse-Ober
Case 08-68782-swr                         Dearborn, MI 48126-2694                 24525 Harper Ave. Ste. 2
Eastern District of Michigan                                                      St. Clair Shores, MI 48080-1286
Detroit
Fri Jul 30 12:15:10 EDT 2010

CR Evergreen, LLC                         Capital One                             Chase Bank USA,N.A
MS 550                                    P.O. Box 5294                           P O Box 740933
PO Box 91121                              Carol Stream, IL 60197-5294             Dallas,Tx 75374-0933
Seattle, WA 98111-9221


Citi Mortgage                             Citizens Bank                           Citizens Bank
P.O. Box 183040                           101 N Washington                        328 S. Saginaw St.
Columbus, OH 43218-3040                   Saginaw MI 48607-1207                   Flint, MI 48502-1940


Community Alliance Credit Union           Countrywide Home Loans                  First Catholic Federal Credit Union
1 Auto Club                               P.O. Box 650070                         P.O. Box 9300 Cooper
Dearborn, MI 48126-4213                   Dallas, TX 75265-0070                   Taylor, MI 48180


First Catholic Federal Credit Union       GC Services                             GE Consumer Finance
c/o Butler, Butler & Rowse-Oberle PLLC    6330 Gulfton                            For GE Money Bank
24525 Harper Ave. Ste. 2                  Houston, TX 77081-1198                  dba DICK'S SPORTING GOODS/GEMB
St. Clair Shores, MI 48080-1286                                                   PO Box 960061
                                                                                  Orlando FL 32896-0061

GE Money Bank                             HSBC Bank                               Home Depot
P.O. Box 960061                           P.O. Box 5241                           Processing Center
Orlando, FL 32896-0061                    Carol Stream, IL 60197-5241             Des Moines, IA 50364-0500


Home Depot                                Huntington National Bank                Huntington National Bank
Processing Center                         P O Box 89424                           P.O. Box 182519
Des Moines, IA 50368-0500                 Cleveland OH 44101-6424                 Columbus, OH 43218-2519


Juniper Card Services                     Kohls                                   Marcy J. Ford
P.O. Box 13337                            P.O. Box 2983                           Trott and Trott
Philadelphia, PA 19101-3337               Milwaukee, WI 53201-2983                31440 Northwestern Highway Ste 200
                                                                                  Farmington Hills, MI 48334-5422


PRA Receivables Management, LLC           Robinson Property Mtg.                  Roundup Funding, LLC
As Agent Of Portfolio Recovery Assocs.    P.O. Box 2451                           MS 550
PO Box 12914                              Garden City, MI 48136-2451              PO Box 91121
NORFOLK VA 23541-0914                                                             Seattle, WA 98111-9221


Sam's Club                                Trott & Trott, P.C.                     Washington Mutual Visa
P.O. Box 530942                           31440 Northwestern Highway Ste. 200     P.O. Box 660567
Atlanta, GA 30353-0942                    Farmington, MI 48334-5422               Dallas, TX 75266
```

| | | |
|---|---|---|
| c/o Butler, Butler & Rowse-Oberle PLLC<br>24525 Harper Ave. Ste. 2<br>St. Clair Shores, MI 48080-1286 | eCAST Settlement Corporation assignee of<br>Capital One Bank<br>POB 35480<br>Newark NJ 07193-5480 | Elbert Rhodes Jr.<br>25152 Woodruff Rd.<br>Flat Rock, MI 48134-1327 |
| Gregory T. Osment<br>13 Washington Street<br>Monroe, MI 48161-2297 | Gregory T. Osment<br>13 Washington Street<br>Suite 1<br>Monroe, MI 48161-2298 | Krispen S. Carroll<br>719 Griswold<br>1100 Dime Building<br>Detroit, MI 48226 |
| Lena M. Rhodes<br>25152 Woodruff Rd.<br>Flat Rock, MI 48134-1327 | | |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)Community Alliance Credit Union | (u)Federal National Mortgage Association | (u)First Catholic Federal Credit Union |
| (u)Community Alliance Credit | (u)Union | End of Label Matrix<br>Mailable recipients    36<br>Bypassed recipients     5<br>Total                  41 |