IN THE BANKRUPTCY COURT OF THE UNITED STATES
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION-DETROIT

In re:  Chapter 13
**ELBERT RHODES Jr., and**  Case No. 08-68782 swr
**LENA M. RHODES,**  Hon. STEVEN W. RHODES
         Debtors.
_____/

## ORDER MODIFYING PLAN

      The above named Debtors having filed a Notice of Proposed Plan Modification as ecf doc. #43 with the Trustee filing an objection and the parties having resolved the objection, with Debtors and Trustee having agreed by way of a Stipulation RE: Plan Modification previously filed with the Court,

      **IT IS ORDERED**, the Debtors Plan payment is reduced from $415.38/bi-weekly to $280.41/bi-weekly.

      **IT IS FURTHER ORDERED**, that the increased Plan payment effective November 30 , 2011 be reduced to $350.37/bi-weekly upon completion of direct payments by the Debtor-husband on his 401K loan.

      **IT IS FURTHER ORDERED,** that in all other respects all other terms of the Chapter 13 Plan and Order Confirming Plan shall remain in full force and effect.

**Signed on August 24, 2010**

                                               /s/ Steven Rhodes
                                                **Steven Rhodes**
                                                **United States Bankruptcy Judge**